LODGED
CLERK, U.S. DISTRICT COURT
DEC 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JAN 8 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MOLINA | **CASE NUMBER** |
| | CV12- 10992 UA (DUTYx) |
| PLAINTIFF(S) | |
| V. | |
| BBCN BANK AS SUCCESSOR FOR INNOVATIVE BANK | **ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE** |
| DEFENDANT(S) | |

**IT IS ORDERED** that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

January 3, 2013
Date

Alicia G. Rosenberg
United States Magistrate Judge

---

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency.
☐ Legally and/or factually patently frivolous
☐ Other: _____
☐ District Court lacks jurisdiction.
☐ Immunity as to _____

Comments:

_____        _____
Date                           United States Magistrate Judge

---

**IT IS ORDERED** that the request of plaintiff to file the action without prepayment of the filing fee is:
☐ **GRANTED**   ☐ **DENIED (See comments above).**

_____        _____
Date                           United States District Judge

CV-73A (01/10)    ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE